# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ARICK JOHNSON
#251040                                                          PLAINTIFF

v.                    No. 4:25-cv-384-DPM-JJV

ERIC HIGGINS, Sheriff, PCRDF and
CHRISTOPHER THOMPSON, Sgt.,
PCRDF                                                            DEFENDANTS

## ORDER

The Court construes Johnson's motion to amend as objections to the recommended disposition. On *de novo* review, the Court declines to adopt the Magistrate Judge's recommendation, *Doc. 9*. Fed. R. Civ. P. 72(b)(3). Johnson says he has been moved around three times since filing his complaint, so he hasn't been able to amend it. *Doc. 10 at 1*. The Court will provide him another chance. Amended complaint due by 14 October 2025. The Court directs the Clerk to mail Johnson a blank § 1983 form and refers this case back to the Magistrate Judge for further proceedings.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2025