IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ARICK JOHNSON
ADC #185962                                                                    PLAINTIFF

v.                         No. 4:25-cv-384-DPM

ERIC HIGGINS, Sheriff, PCRDF;
CHRISTOPHER THOMPSON, Sgt.,
PCRDF; TURN KEY HEALTH CLINIC,
LLC, Medical Services Provider, Pulaski
County Regional Jail; ROSE, Major,
Pulaski County Regional Detention
Facility; HENDRICKS, Chief Deputy,
Pulaski County Regional Detention
Facility; NELSON and CALVIN,
Captains, Pulaski County Regional
Detention Facility; ALLEN, ATWOOD,
SCOTT, NEWBURN, and BENNETT,
Lieutenants, Pulaski County Regional
Detention Facility; HILL, WHITE,
HOBBS, SANDERS, MCCANN, and
CLARK, Sergeants, Pulaski County
Regional Detention Facility; BELT,
MCCLENDON, MAXFIELD, BROWN,
AND KULLMAN, Deputies, Pulaski
County Regional Detention Facility;
BARRY HYDE, County
Judge/Administrator, Pulaski County;
HALEY TRANTHAM and MCBRIDE,
PREA Coordinators and Advocates,
Pulaski County; COUNTY OF PULASKI;
and DOES, Nurses, Doctors, Turn Key                                      DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 13*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Johnson's inadequate medical care claims against Turn Key and the Doe defendants proceed. His other claims are dismissed without prejudice as improperly joined. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2025