# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ARICK JOHNSON**
**ADC #185962**                                                    **PLAINTIFF**

**v.**                            **No. 4:25-cv-384-DPM**

**TURN KEY HEALTH CLINIC, LLC,**
**Medical Services Provider, Pulaski**
**County Regional Jail;  ABSALOM**
**TILLEY, Doctor;  BERTHA LOWE;  and**
**SMITH**                                                      **DEFENDANTS**

## ORDER

Unopposed recommendation, *Doc. 61*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The Court dismisses Smith without prejudice as a defendant due to a lack of service.  An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2026