# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ARICK JOHNSON**
**ADC #185962**                                                    **PLAINTIFF**

**v.**                              **No. 4:25-cv-384-DPM**

**TURN KEY HEALTH CLINIC, LLC,**
**Medical Services Provider, Pulaski**
**County Regional Jail;  ABSALOM**
**TILLEY, Doctor;  and BERTHA LOWE**            **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 65*, and overrules Johnson's objections, *Doc. 66*. Fed. R. Civ. P. 72(b)(3).  The Court recognizes Johnson's frustration with the outcome of the grievance procedures.  But he did have access to them.   And Johnson doesn't dispute that he failed to appeal his inadequate-medical-care grievances.   The defendants' motion for summary judgment, *Doc. 57*, is granted.  Johnson's claims against Turn Key Health Clinic, LLC, Dr. Tilley, and Lowe will be dismissed without prejudice for failure to exhaust.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13 May 2026_