# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ARICK JOHNSON
ADC #185962                                                  PLAINTIFF

v.                              No. 4:25-cv-384-DPM

ERIC HIGGINS, Sheriff, PCRDF;
CHRISTOPHER THOMPSON, Sgt.,
PCRDF;  TURN KEY HEALTH CLINIC,
LLC, Medical Services Provider, Pulaski
County Regional Jail;  ROSE, Major,
Pulaski County Regional Detention
Facility;  HENDRICKS, Chief Deputy,
Pulaski County Regional Detention
Facility;  NELSON, Captain, Pulaski
County Regional Detention Facility;
CALVIN, Captain, Pulaski County
Regional Detention Facility;  ALLEN,
Lieutenant, Pulaski County Regional
Detention Facility;  ATWOOD,
Lieutenant, Pulaski County Regional
Detention Facility;  SCOTT, Lieutenant,
Pulaski County Regional Detention
Facility;  NEWBURN, Lieutenant, Pulaski
County Regional Detention Facility;
BENNETT, Lieutenant, Pulaski County
Regional Detention Facility;  HILL,
Sergeant, Pulaski County Regional
Detention Facility;  WHITE, Sergeant,
Pulaski County Regional Detention
Facility;  HOBBS, Sergeant, Pulaski
County Regional Detention Facility;                          DEFENDANTS

SANDERS, Sergeant, Pulaski County Regional Detention Facility; MCCANN, Sergeant, Pulaski County Regional Detention Facility; CLARK, Sergeant, Pulaski County Regional Detention Facility; BELT, Sergeant, Pulaski County Regional Detention Facility; MCCLENDON, Deputy, Pulaski County Regional Detention Facility; MAXFIELD, Deputy, Pulaski County Regional Detention Facility; BROWN, Deputy, Pulaski County Regional Detention Facility; KULLMAN, Deputy, Pulaski County Regional Detention Facility; BARRY HYDE, County Judge/Administrator, Pulaski County; HALEY TRANTHAM, PREA Coordinator and Advocate, Pulaski County; MCBRIDE, PREA Coordinator and Advocate, Pulaski County; COUNTY OF PULASKI; ABSALOM TILLEY, Dr., BERTHA LOWE; and SMITH

## JUDGMENT

Johnson's amended complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_13 May 2026_

–2–